UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN BROWN,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

Case No. 1:15-cv-1091

HON. JANET T. NEFF

## **ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant Hawkins filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 15, 2016, recommending that this Court grant the motion and terminate this matter.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 49) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Dkt 28) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

A Judgment will be entered consistent with this Order.

Dated:  October 11, 2016                                          /s/ Janet T. Neff
                                                                                      JANET T. NEFF
                                                                                       United States District Judge